USCA1 Opinion

 

 October 9, 1992 [NOT FOR PUBLICATION] ____________________ No. 92-1718 UNITED STATES, Appellee, v. RICHARD SHAW, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Andrew A. Caffrey, Senior U.S. District Judge] __________________________ ____________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ____________________ Richard A. Shaw, on brief pro se. _______________ A. John Pappalardo, United States Attorney, and Tobin N. Harvey, __________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. The terms of this court's remand did __________ not call for an evidentiary hearing, but rather for the sentencing judge simply to review the matter and state what his original sentencing intention was. Consequently, the sentencing judge did not err in refusing to hold an evidentiary hearing, to appoint counsel, or to recuse himself. Affirmed. ________ -2-